UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEPHEN PAUL McCLANE,

     Plaintiff,

v.

DEPARTMENT OF CORRECTIONS WA, et al.,

     Defendants.

CASE NO. C17-5071-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 8. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

 (1) The R&R is **ADOPTED**; and

 (2) Plaintiff's amended complaint fails to state a claim upon which relief may be granted under 42 U.S.C. § 1983; and

 (3) This action is hereby **DISMISSED**.

Dated this 13th day of March, 2017.

            BENJAMIN H. SETTLE
            United States District Judge

ORDER